JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| DANIEL ALBERTO BELTRAN, | ) Case No. 2:22-cv-02881-JAK-JPR |
| Plaintiff, | ) |
| | ) **JUDGMENT** |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for Plaintiff.

DATED: February 28, 2023

JUDGE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE